

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

WILLIAM R. STARKS,

    Petitioner,

v.                                    Civil Action No. **3:08CV440**

CHERYL WILSON, *et al.*,

    Respondents.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1.     Petitioner's claims are DISMISSED;

2.     Petitioner's "Motion for Exculpatory Evidence" (Docket No. 10) is DENIED;

3.     Respondents' motion to dismiss (Docket No. 11) is GRANTED;

4.     The petition for a writ of habeas corpus is DENIED; and,

5.     The action is DISMISSED.

Petitioner may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Petitioner and counsel for Respondents.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

Date: 6-2-09
Richmond, Virginia